## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Alticor Inc., and Amway Corp.

Case No. 1:24-cv-1054
Hon. Paul L. Maloney

v.

Tural Benyaguyev

TO: Tural Benyaguyev
ADDRESS: Apartment 6G
665 Ocean Pkwy
Brooklyn, NY 11230

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Edward J. Bardelli (P53849)
Warner Norcross + Judd LLP
150 Ottawa Ave., Suite 1500
Grand Rapids, Michigan 49503

CLERK OF COURT



10/8/2024

By: Deputy Clerk          Date

## PROOF OF SERVICE

This summons for _____Tural Benyaguyev_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                          _____
                                               Server's signature

Additional information regarding attempted service, etc.:    _____
                                                              Server's printed name and title

                                                              _____
                                                              Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Alticor Inc., and Amway Corp.

v.

NTB Marketing, Inc., et al.

Case No. 1:24-cv-1054
Hon. Paul L. Maloney

TO: NTB Marketing, Inc.
ADDRESS: c/o Tural Benyaguyev
Apartment 6G
665 Ocean Pkwy
Brooklyn, NY 11230

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Edward J. Bardelli (P53849)
Warner Norcross + Judd LLP
150 Ottawa Ave., Suite 1500
Grand Rapids, Michigan 49503

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT



By: Deputy Clerk    10/8/2024
                    Date

## PROOF OF SERVICE

This summons for _____NTB Marketing, Inc._____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)               (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.

Date:_____                        _____
                                       Server's signature

Additional information regarding attempted service, etc.:  _____
                                                           Server's printed name and title

                                                           _____
                                                           Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Alticor Inc., and Amway Corp.

Case No. 1:24-cv-1054
Hon. Paul L. Maloney

v.

TBT Deals, LLC, et al.

TO: TBT Deals, LLC
ADDRESS: c/o Tural Benyaguyev
Apartment 6G
665 Ocean Pkwy
Brooklyn, NY 11230

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Edward J. Bardelli (P53849)
Warner Norcross + Judd LLP
150 Ottawa Ave., Suite 1500
Grand Rapids, Michigan 49503

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT



By: Deputy Clerk

10/8/2024
Date

## PROOF OF SERVICE

This summons for _____TBT Deals, LLC_____ was received by me on _____.
(name of individual and title, if any) (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                    _____
                                                                Server's signature

Additional information regarding attempted service, etc.:       _____
                                                                Server's printed name and title

                                                                _____
                                                                Server's address